**FILED**

Jul 21 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

Plaintiff's Name    RODRIC STANLEY

Prisoner No.    CC18K0926

Institutional Address    5555 GIANT HIGHWAY

RICHMOND CA 94806

**RECEIVED**

JUL 12 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

RODRIC PETRECE STANLEY JR
_(Enter your full name)_

v.

CONTRA COSTA COUNTY
JAIL WEST COUNTY AND
MARTINEZ COUNTY JAIL
COOKS

_(Enter the full name(s) of all defendants in this action)_

Case No._____
_(Provided by the clerk upon filing)_

**COMPLAINT BY A PRISONER
UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

_You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims._

A. Place of present confinement  WEST COUNTY DETENTION FACILITY

B. Is there a grievance procedure in this institution?  ☒ YES      ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure?
☒ YES      ☐ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1.    Informal appeal: MULTIPUL GRIEVANCES UNRESOLVED AS WELL
AS APPEALS

2.    First formal level: 

_Prisoner Complaint (rev. 12/2020)_

3.  Second formal level: _____

_____

_____

4.  Third formal level: _____

_____

_____

E.  Is the last level to which you appealed the highest level of appeal available to you?
☒ **YES**        ☐ **NO**

F.  If you did not present your claim for review through the grievance procedure, explain why.

_____

_____

_____

## II. Parties.

A.  If there are additional plaintiffs besides you, write their name(s) and present address(es).

_____

_____

_____

B.  For each defendant, provide full name, official position and place of employment.

_____

_____

_____

_____

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

SINCE MARCH-2020 AND AS OF DATE PRESENENT DATE MAY 29, 2022 CONTRA COSTA COUNTY JAIL BOTH MARTINEZ AND WEST COUNTY DETENTION FACILITY HAS FED ME FOOD IM ALLERGIC TO, SOY, RICE, OATS, AND CONSTANTLY DENIED

THEY WAS NOT, THE JAIL MAIN HIGH PROTIEN SOURCE IS SOY BASED MEAT WHOM I AM ALLERGIC TO, AND I ATE THIS SOURCE OF MEAT AND HAD A SEVER ALLERGIC REACTION MY THROUGHT SWELL UP AND I HAD HIVES AND BECAME NAUSEA. MY BLOOD WAS DRAWN TO PROVE MY ALLERGICS AND RICE OATS, ALMONDS WAS ADDED WITH SOY, FOR OVER 2 YEARS THE JAIL HAS SERVED ME MEALS THAT HAD ONE OF THE ALLERGIES IF NOT ALL IN EACH MEAL PROVIDED FOR ME, CAUSING ME TO MISS MORE THAN ONE MEAL THREWOUT THE 2 YEARS, I'M DEPRIVED A HIGH PROTIEN OF 54 GRAMS A DAY IRON AND LACK OF A VARIETY, REPETIVE MEALS ARE SERVED AT ONE POINT I WAS GIVEN A BAG OF FRUITS, AND A TRAE FULL OF MIX VEGGIES WITH A FOOD IM ALLERGIC TO UNDER IT "RICE" FOR 6 MONTHS, PLACING ME ON A VEGGINTARIAN DIET WHOM I REFUSED CUZ IM NOT, I EAT MEAT DEPRIVING ME HIGH PROTIEN IRON, CAUSING DAMAGE TO MY JOINTS DUE TO LOW IRON AND VITIAMIN D. I LOST OVER 50 POUNDS AND BEING FORCED TO PAY SO OFTEN TO HAVE FOOD COMMISARY WHICH IS EXSESSIVE PRICES WHOM I CANT OFFORD NOR MY FAMILY WHO TRY TO SUPPORT ME, FOR 2 YEARS CUSTODY AND COOKS HAVE HAD A FORM WITH MY ALLERGIES AND CONTINUE TO FEED MY THINGS IM ALLERGIC TO IVE BEEN HOSPITALIZED AND BEEN DEPRIVED UNDER 1500 CALORIES A DAY AND 54 GRAMS OF HIGH PROTIEN

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

INJUNCTION TO PROVIDE A POLICY AND MENU WITH A VARITY FOR DIETS THAT AMOUNT 2500 CALORIES AND 54 GRAMS OF HIGH PROTIEN. COMPENSATORY OF THE AMOUNT $800,000 AND PUNITIVE DAMAGES $80,000

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: __MAY 30 2022__
                     *Date*                              *Signature of Plaintiff*

RODRIC P. STANLEY JR #XXXXXX
5555 GIANT HWY
RICHMOND CA. 94806

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RODRIC PETRECE STANLEY JR.
          PLAINTIFF.

          V.

WEST COUNTY DETENTION
FACILITY AND MARTINEZ
DETENTION FACILITY COOKS
          DEFENDANTS

COMPLAINT

## I. JURISDICTION AND VENUE

1. THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C SECTION 1983 TO REDRESS THE DEPRIVATION, UNDER COLOR OF STATE LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURTS HAS JURISDICTION UNDER 28 U.S.C SECTION 1331 AND 1343 (A)(3) PLAINTIFF STANLEY CLAIMS SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C SECTION 2201 AND 2202. PLAINTIFF STANLEY CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C SECTIONS 2283 AND 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

2. THE NORTHERN DISTRICT OF CALIFORNIA IS AN APPROPRIATE VENUE UNDER 28 U.S.C SECTION 1391 (B)(2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURRED.

## II PLAINTIFF.

3. PLAINTIFF RODRIC PETRECE STANLEY JR. IS AND WAS AT ALL TIMES MENTIONED HEREIN A INMATE AT CONTRA COSTA COUNTY DETENTION FACILITY IN CUSTODY OF BOTH MARTINEZ DETENTION FACILITY AND WEST COUNTY DETENTION FACILITY HE IS CURRENTLY CONFINED IN WEST COUNTY DETENTION FACILITY.

## III. DEFENDANTS.

4. WEST COUNTY DETENTION FACILITY AND MARTINEZ DETENTION FACILITY COOKS IS LEGALLY RESPONSIBLE FOR THE OPPERATION OF BOTH WCDF. AND MDF. MEALS PROVIDED FOR INMATES INSIDE THE JAIL. THEY ARE RESPONSIBLE LEGALLY TO PROVIDE EACH INMATES DIET. ALLERGIES. AND MEDICAL MEALS

5. EACH DEFENDANT IS SUED INDIVIDUALLY. AT ALL TIMES MENTIONED IN THIS COMPLAINT. EACH DEFENDANT ACTED UNDER THE COLOR OF STATE LAW

## IV. FACTS

6. AT ALL TIMES RELEVANT TO THIS CASE PLAINTIFF RODRIC PETRECE STANLEY JR. WAS CONFINED INSIDE CONTRA COSTA COUNTY JAIL BETWEEN MARCH 2020 AND AS OF TODAYS DATE MAY 14, 2022. PLAINTIFF STANLEY HAS BEEN FED FOOD HE IS ALLERGIC TO. PLAINTIFF ALLERGIES IS THE FOLLOWING:
1. SOY
2. RICE
3. OATS
4. ALMONDS

IT SHOULD BE NOTED THAT SOY IS THE COUNTY JAILS PRIMARY SOURCE OF MEAT AND ONLY HIGH PROTIEN. NONE OF THE MEAT FED TO INMATES INSIDE WCDF. AND MDF. IS SOY FREE. IT ALSO SHOULD BE NOTED PLAINTIFF WIEGH 252 POUNDS IN MARCH 2020

7. PLAINTIFF WAS GIVEN A SOY BASED HAMBURGER ON ABOUT MARCH 2020. UPON ONE BITE 30 TO 40 SECONDS PLAINTIFF COULD BARELY BREATH. AND BEGIN TO HAVE HIVES HE PRESSED HIS EMERGENCY BUTTON AND ALERTED THE DEPUTY, (ALFARO) HE CONTACTED THE NURSE (UNKNOWN NAME) PLAINTIFF WAS ASKED AFTER GIVEN A ALLERGY MEDICATION WHAT HAPPEN AND HE EXPLAINED AFTER TAKEN A BITE OF THE HAMBURGER THE INCIDENT HAPPEN. THE NURSE PLACED ON PLAINTIFF ALLERGIES SOY ALONG WITH HIS OTHER ALLERGIES LISTED ABOVE. THE NOTIFICATION TO THE COOKS WAS PROVIDED AS WELL THAT PLAINTIFF IS ALLERGIC TO SOY.

8. THE FOLLOWING DAY THE COOKS SENT PLAINTIFF STANLEY A SOY MEAT PATTY. PLAINTIFF NOTIFYED THE DEPUTY THAT HE HAS A MEDICAL SLIP THAT STATES HIS ALLERGIES. THE COOKS DENYED THAT THE MEAT HAS SOY AND ARGUED THAT ITS REAL MEAT. PLAINTIFF WAS UNABLE TO EAT ANY MEAL SERVED THAT DAY DUE TO THE ALLERGIES

9. ON MARCH 20, 2020 WENT ON A HUNGERSTRIKE AFTER THE COOKS FAILED TO ACCOMEDATE PLAINTIFF ALLERGIES. PLAINTIFF WAS FED SOY. OATS AND RICE. ALL THINGS PLAINTIFF IS ALLERGIC TO. PLAINTIFF STANLEY WROTE A GRIEVANCE NOTIFYING MEDICAL AND COOKS HE WAS FED THINGS HE WAS ALLERGIC TO FOR 2 DAYS AND WAS NOT GIVEN ANYTHING TO SUBSITUTE IT. AND HE WAS GOING ON A HUNGERSTRIKE.

10. FROM MARCH 2020 - JUNE 16 PLAINTIFF WAS ON A HUNGERSTRIKE WAS STILL BEING SENT FOOD HE WAS ALLERGIC TO. PLAINTIFF LOST 43 POUNDS

11. ON JUNE 15, 2020 PLAINTIFF RECIEVED A COPY OF A WRITTEN GRIEVANCE FROM DR. STANDISH WHO PERSONALLY WENT DOWN TO THE KITCHEN AND SPOKE DIRECTLY TO THE COOKS AND CONFIRMED THE MEAT THAT IS SERVED TO ALL INMATES WAS SOY BASED ALL MEAT WHICH IS THE ONLY HIGH SOURCE OF PROTIEN WAS SOY BASED AND THE COOKS HAS A COPY OF PLAINTIFF STANLEY ALLERGIES. LASTLY THE PROTIEN SHAKES AND PEANUT BUTTER ALSO CONTAINS SOY.

12.
ON JUNE 17, 2020 COOKS PROVIDED PLAINTIFF STANLEY CHICKEN BREAST, TUNA, AND RED PATATOS EACH WAS PROVIDED FOR LUNCH AND DINNER NEITHER HAD SOY OR ANY OF PLAINTIFF ALLERGIES FROM JUNE 17 - JULY 2 2020 PLAINTIFF WAS FED HIGH PROTIEN AND NONE OF HIS ALLERGIES. IN MARTINEZ DETENTION FACILITY.

13. ON JULY 3, 2020 PLAINTIFF WAS TRANSFERED TO ANOTHER FACILITY IN CONTRA COSTA COUNTY WEST COUNTY DETENTION FACILITY LOCATED IN RICHMOND CALIFORNIA AND UPON ARRIVAL PLAINTIFF PROVIDED MEDICAL A CORY OF HIS ALLERGIES AND THE COOKS, MEDICAL CONFIRMED THAT THE COOKS WERE NOTIFIED. THAT DAY PLAINTIFF WAS GIVEN A TRAY WITH MIXED VEGGIES A LOW FAT MILK AND BREAD WITH OATS WHICH PLAINTIFF IS ALLERGIC TO FOR LUNCH. PLAINTIFF NOTIFIED THE DEPUTY (WILLIAMS) AND HE CALLED THE COOKS TO LET THEM NO AND THEY TOLD HIM PLAINTIFF WAS ON A VEGENTARIAN DIET WHOM PLAINTIFF IS NOT A VEGENTARIEN. AND IF SO THEY PROVIDED MILK AND OATS. PLAINTIFF WROTE A GRIEVANCE. AFTER RECIEVING THE SAME MEAL ONLY WITH RICE UNDER THE MIXED VEGGIES RICE IS ANOTHER ALLERGIE, AND OATS WHOM THEY PROVIDED WITH A LOW FAT MILK

14. ON JULY 4 2020 PLAINTIFF RECIEVED FOR BREAKFEST A BANANA A ORANGE AND 2 LOW FAT MILK FOR BREAKFEST A TRAY FULL OF MIX VEGGIES AND RICE AND BREAD WITH OATS FOR LUNCH AND DINNER. PLAINTIFF NOTIFIED EACH MEAL THE UNLAWFULL CONDUCT AND HE WAS NOT A VEGAN HE IS LACKING ANY AND ALL HIGH PROTIEN. AND BEING FED FOODS HE IS ALLERGIC TO AND DENIED A ADEQUATE MEAL. PLAINTIFF WROTE A GRIEVANCE TO THE L.T AND A APPEAL TO THE COOKS IN THE KITCHEN.

15. FROM JULY 5, 2020 - AUGUST 5, 2020 PLAINTIFF WAS FED MIX VEGGIES AND RICE BREAD WITH OATS BELOW 2000 CALORIES AND 54 GRAMS OF PROTIEN. PLAINTIFF WROTE MULTIPUL GRIEVANCES AND APPEALS EACH RESPONSE FROM THE COOKS WAS "RECIEVED" NOTHING ELSE SAID OR ADDRESSED, EACH TIME PLAINTIFF SPOKE WITH A DOCTOR THEY WUILD CONFIRM I SHOULD NOT BE FED ANYTHING IM ALLERGIC TO NOR JUST MIX VEGGIES AND FRUITS LIKE THIS.

16. ON AUGUST 6 2020 PLAINTIFF WROTE A GRIEVANCE TO NURSE VAL LIEUTENANT AND FACILITY COMMADER ADDRESSING THE ISSUE OF HIS FOOD, HOW HE WAS NOT RECIEVING A ADEQUATE MEAL 3 TIMES A DAY. BEING FED FOOD HE WAS ALLERGIC TO AND THE DIET OF BEING A VEGENTARIAN WHOM PLAINTIFF NEVER AGREED TO BE ON. AND NOT RECIEVING ANY HIGH PROTIEN. AT THIS TIME PLAINTIFF ALL TOGEATHER LOST 42 POUNDS. WAS FORCED TO SURVIVE OFF HIGH PRICED UNHEALTHY COMISSARY BECAUSE PLAINTIFF WAS FED ONLY VEGGIES AND FOOD HE WAS ALLERGIC TO. PLAINTIFF PASSED OUT FROM BEING ON A HUNGERSTRIKE JUST TO GAIN THE ATTENTION FROM THE COOKS EVEN AFTER GOEN ON A HUNGERSTRIKE FOR OVER 40 DAYS SURVIVING OFF OF WATER MULTI VITIMIANS, VITIMIAN D AND PROTIEN HEALTH SHAKES BOUGHT FROM COMISSARY.

17. FROM AUGUST 2020 - JANUARY 7, 2021 PLAINTIFF WAS FED FOOD HE WAS ALLERGIC TO. VEGGIES AND FRUITS NO HIGH PROTIEN, BELOW 2000 CALORIES AND 54 GRAMS OF PROTIEN. PLAINTIFF WROTE PRISON LAW OFFICE SENT THEM MULTIPVL GRIEVANCES AND APPEALS REGARDING THE UNLAWFULL TREATMENT, BEING FORCED TO BUY COMISSARY TO SURVIVE AND BEING FED THE WAY HE WAS. PRISON LAW OFFICE SOME HOW WAS ABLE TO HAVE THE DIETICIAN MAKE A SOY-FREE MENU FOR PLAINTIFF THAT DESCRIBES WHAT FOOD IS TO BE GIVEN TO PLAINTIFF SUCH AS HIGH PROTIEN LIKE CHICKEN BREAST AND TURKEY. PLAINTIFF WAS GIVEN A COPY BUT THE COOKS DID NOT GO BY IT, AND IT SHOULD BE NOTED THE COOKS HAD THE MENU SINCE NOVEMBER OF 2020 IT WAS JANUARY 6 2021. PLAINTIFF WROTE A GRIEVANCE ABOUT THE SITUATION BUT AGIN WAS NOT CONSIDERED OR ANY CHANGES WERE MADE.

18. FROM JANUARY 7-2021 - AS OF TODAYS DATE COOKS HAS PROVIDED PLAINTIFF A MENU THAT IS DISCRIMINATING, BY FEEDING HIM OATMEAL AND ONLY OATMEAL WITH 2 CORN TORTILLAS AND A MILK FOR BREAKFEST DIETICIANS DESCRIBED A MENU THAT THE COOKS PROVIDED THAT THEY CAN ONLY FEED PLAINTIFF STATING THERE LIMITED BUT HAS PROVIDED PLAINTIFF TUNA, CHICKEN BREAST, AND SALAD FOR DINNER AND LUNCH. BEAN AND CHEESE BURRITOS, RED PATATOS, EGGS AND TURKEY SAUSAGE AND BACON, CEREAL FOR LUNCH AND BREAKFEST. BEFOR. ALSO WHAT PLAINTIFF WROTE IN A GRIEVANCE MULTIPVL TIMES THREW JANUARY 7-2021 TO AS OF DATE MAY 14, 2022 THAT THE MEALS ARE WAY BELOW THE AMOUNT OF CALORIES OTHERS ARE BEING FED DESPITE BEING ALLERGIC TO SOY, RICE, ALMONDS, OATS, THERES FOOD PLAINTIFF CAN EAT COOKS REFUSE TO PROVIDE PLAINTIFF BECAUSE OF RETALIATION ON WRITTING GRIEVANCES. PLAINTIFF HAS BEEN FED SOY AS WELL SINCE THE SOY FREE MENU HAS BEEN PROVIDED TO THEM AS WELL AS OATS. FED UNDER 54 GRAMS OF HIGH PROTIEN AND AS OF DATE STILL IS FORCED TO BUY FOOD FROM COMISSARY TO SURVIVE AND MAINTAIN A HEALTHY DIET.

## V. EXHAUSTION OF LEGAL REMEDIES

19. PLAINTIFF STANLEY USED THE COUNTY JAIL GRIEVANCE AND APPEAL PROCEDURE AVALIABLE AT WEST COUNTY DENTION FACILITY TO ACKNOWLEDGE THE PROBLEMS OF PLAINTIFF ALLERGIES FROM MARCH 2020 - AS OF DATE MAY 14 2022 PLAINTIFF PRESENTED FACTS RELATED TO COMPLAINT. PLAINTIFF EXCERCISED HIS RIGHTS.

## VI. LEGAL CLAIMS

20. PLAINTIFF REALLEGE AND IN CORPORATE BY REFERENCE PARAGRAPH 1-20

DEFENDANT[S] COOKS OF CONTRA COSTA COUNTY JAILS IN BOTH FACILITY'S WEST COUNTY DETENTION FACILITY AND MARTINEZ DETENTION FACILITY VIOLATED PLAINTIFF 8TH AND 14TH AMENDMENT RIGHT PLAINTIFF IS AND HAS BEEN DISCRIMINATED UPON BY DEFENDANTS. DELIBERATE INDIFFERENTCE, NEGLIGENCE BY FEEDING PLAINTIFF FOOD HE IS CLEARLY ALLERGIC TOO, FEEDING HIM FOOD THAT IS WAY BELOW 2000 CALORIES AND 54 GRAMS OF HIGH PROTIEN, IS VIOLATING PLAINTIFF 8TH AND 14TH TO THE UNITED STATES CONSTITUTION AND IS CAUSING PLAINTIFF STANLEY PAIN AND SUFFERING. PHYSICAL INJURY AND EMOTIONAL DISTRESS.

## VII. PRAYER FOR RELIEF

21. WHEREFORE, PLAINTIFF RESPECTFULLY PRAY THAT THIS COURT ENTER JUDGEMENT:

22. GRANTING PLAINTIFF STANLEY A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATE HIS RIGHTS UNDER THE CONSTITION AND LAWS OF THE UNITED STATES AND

23. A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANTS CONTRA COSTA COOKS (NAMES UNKNOWN) COOKS TO CEASE THE DISCRIMINATION, AND NEGLIGENCE. FEEDING INMATES FOOD THEIR ALLERGIC TO. AND TO PROVIDE A FAIR MENU FOR THOSE WHO HAVE ALLERGIES OR ANY SPECIAL DIETS. AND,

24. GRANTING PLAINTIFF STANLEY COMPENSATORY DAMAGES IN THE AMOUNT OF $84.000 AGINST EACH DEFENDANT. JOINTLY AND SEVERALLY

25. PLAINTIFF SEEKS NOMINAL DAMAGES AND PUNITIVE DAMAGES IN THE AMOUNT OF $150.000 PLAINTIFF SEEKS THESE DAMAGES AGINST EACH DEFENDANT JOINTLY AND SEVERALLY

26. PLAINTIFF ALSO SEEKS A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY

27. PLAINTIFF ALSO SEEKS RECOVERY OF THEIR COST IN THIS SUIT AND, ANY ADDITIONAL RELIEF THIS COURTS DEEMS JUST. PROPER AND EQUITABLE.

DATED: MAY 14. 2022

RESPECTFULLY SUBMITTED RODRIC P STANLEY JR

## VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE. EXCEPT AS TO MATTERS ALLEGED THEREIN ARE TRUE EXCEPT AS TO MATTERS ALLEGED ON INFORMATIN AND BELIEF, AND AS TO THOSE I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT. EXECUTED AT RICHMOND CALIFORNIA MAY 14, 2022

RODRIC PETRECE STANLEY JR