UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIC P. STANLEY,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY JAIL WEST COUNTY, et al.,<br><br>    Defendants. | Case No. 22-cv-04198-JD<br><br>**ORDER REOPENING CASE**<br><br>Re: Dkt. No. 7 |

This pro se civil rights complaint was dismissed without prejudice due to plaintiff's failure to file an amended complaint. Plaintiff has now filed an amended complaint and a request to reopen the case. Plaintiff's request to reopen (Dkt. No. 7) is **GRANTED**. The Order of Dismissal (Dkt. No. 5) is **VACATED** and this case is **REOPENED**. The Court will review the amended complaint in an order to follow.

**IT IS SO ORDERED.**

Dated: February 10, 2023

JAMES DONATO
United States District Judge