THOMAS L. GEIGER (SBN 199729)
County Counsel
PATRICK L. HURLEY (SBN 174438)
Deputy County Counsel
COUNTY OF CONTRA COSTA
1025 Escobar Street, Third Floor
Martinez, California 94553
Telephone:    (925) 655-2280
Facsimile:    (925) 655-2266
Electronic Mail: patrick.hurley@cc.cccounty.us

Attorneys for Defendant
DANIEL LYNCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIC PETRECE STANLEY, <br><br> Plaintiff, <br><br> v. <br><br> CONTRA COSTA COUNTY JAIL WEST COUNTY, et al., <br><br> Defendants. | No. 3:22-cv-04198 JD <br><br> **DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE RESPONSIVE PLEADING DEADLINE; [PROPOSED] ORDER** <br><hr> Crtrm: 11 <br> Judge: Hon. James Donato, Presiding <br> Date Action Filed:  July 27, 2022 <br> Trial Date:    None Assigned |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rules 6-3 and 7-11, Defendant Daniel Lynch respectfully requests that this Court extend the time for defendants to file a response to plaintiff's first amended complaint due to issues relating to identifying the defendants named in the complaint and addressing issues relating to the representation of those defendants.

DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE RESPONSIVE PLEADING DEADLINE; [PROPOSED] ORDER – Case No. 3:22-cv-04198 JD

1

Good cause exists for this request, as counsel for defendant is still in the process of identifying a defendant named only as "RN Shantra" and going through an internal County process relating to the representation of defendant Judi Cranmer who is not a County employee.  Defendants need additional time to address and resolve these issues before filing a response to plaintiff's first amended complaint.  (ECF 7-1.)

Service was attempted on defendants by dropping copies of the summons and complaint with the Clerk of the Board of Supervisors for Contra Costa County.  None of the defendants, who are all individuals, have been personally served with the amended complaint. (Hurley Decl. at ¶ 3.)

Defense counsel has obtained permission from defendant Lynch to respond to the complaint without the need for personal service.  However, counsel for defendant Lynch is in the process of working through some issues relating to the service and representation of defendant Judi Cranmer as Cranmer is not a County employee.  Defense counsel is also working through an internal process to identify "RN Shantra" and determine representation for that person if they are identified as a current County employee.  (Hurley Decl. at ¶ 4.) Defense counsel is hoping to resolve those issues in the next 7-10 days.  As such, defendant Lynch seeks a two-week extension of time on behalf of all named defendant to respond to the complaint to and including May 23, 2023.

Because of Plaintiff's custodial status, defendant does not know whether Plaintiff opposes this request.  However, Defendant is aware of no good-faith basis for Plaintiff to oppose it, especially given the relatively early stage of these proceedings.

///

///

///

///

///

///

DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE RESPONSIVE PLEADING DEADLINE; [PROPOSED] ORDER – Case No. 3:22-cv-04198 JD

2

Defendant therefore respectfully requests that the Court continue the response date for defendants to respond to the first amended complaint from May 9, 2023, to May 23, 2023. Defendant requests that this motion be granted without prejudice to any requests for additional time as necessary based on the circumstances of the case.

DATED: May 8, 2023                    THOMAS L. GEIGER
                                      COUNTY COUNSEL


                                  By:___/s/ Patrick L. Hurley_____
                                      PATRICK L. HURLEY
                                      Deputy County Counsel
                                      Attorneys for Defendant
                                      DANIEL LYNCH


### [PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION

The Court finds good cause to allow defendants more time to respond to plaintiff's amended complaint and therefore GRANTS the administrative motion to continue the deadline for defendants to file a response to the amended complaint from May 9 to May 23, 2023.

IT IS SO ORDERED.


Date: _____                    _____
                                        HON. JAMES DONATO
                                        United States District Judge

---

DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE RESPONSIVE PLEADING DEADLINE; [PROPOSED] ORDER – Case No. 3:22-cv-04198 JD