THOMAS L. GEIGER (SBN 199729)
County Counsel
PATRICK L. HURLEY (SBN 174438)
Deputy County Counsel
COUNTY OF CONTRA COSTA
1025 Escobar Street, Third Floor
Martinez, California 94553
Telephone:   (925) 655-2280
Facsimile:   (925) 655-2266
Electronic Mail: patrick.hurley@cc.cccounty.us

Attorneys for Defendants
DANIEL LYNCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIC PETRECE STANLEY,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY JAIL WEST COUNTY, et al.,<br><br>Defendants. | No. 3:22-cv-04198 JD<br><br>**DECLARATION OF PATRICK L. HURLEY IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE DEADLINE FOR DEFENDANTS' RESPONSIVE PLEADING**<br><br>Crtrm: 11<br>Judge: Hon. James Donato, Presiding<br>Date Action Filed:  July 27, 2022<br>Trial Date:    None Assigned |

I, Patrick L. Hurley, declare as follows:

1.     I am employed by Contra Costa County as a Deputy County Counsel.  I am admitted to the State Bar of California, and I am the attorney for defendant Deputy Daniel Lynch in this action.  I make this declaration from my personal knowledge and if called as a witness I would be competent to testify to the matters stated herein.

DECLARATION OF PATRICK L. HURLEY IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE DEADLINE FOR DEFENDANTS' RESPONSIVE PLEADING –
Case No. – 3:22-cv-04198 JD

1

2.      This declaration is submitted in support of Defendant's administrative motion to continue the responsive pleading deadline for respondents.

3.      Service of the amended complaint on defendants was attempted by leaving copies of the summons and complaint with the Clerk of the Board of Supervisors of Contra Costa County on April 18, 2023.  However, none of the individuals named in the complaint have been personally served.

4.      I will be representing Daviel Lynch in this matter and he has given me permission to respond to the complaint despite any defects in service.  I anticipate that I will also be representing the other named defendants.  However, one of them, Judi Cranmer, is not a County employee.  As such, there is an internal process happening to determine whether she will waive defects in service and whether my office will be representing her.  In addition, I am in the process of identifying the defendant named only as "RN Shandra" and potentially going through a similar process.  That process is not yet complete and may take another 7-10 days.  Therefore, I am seeking an extension of time through defendant Lynch on behalf of all defendants to respond to the complaint to and including May 23, 2023.

5.      I have not sought a stipulation from plaintiff due to his continued incarceration, and the communication difficulties that come with it.

I declare under penalty of perjury that the foregoing is true and correct.  Executed May 8, 2023, at Martinez, California.

_/s/ Patrick L. Hurley_
PATRICK L. HURLEY

DECLARATION OF PATRICK L. HURLEY IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE DEADLINE FOR DEFENDANTS' RESPONSIVE PLEADING –
Case No. – 3:22-cv-04198 JD

2