UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIC P. STANLEY,<br><br>Plaintiff,<br><br>v.<br><br>JUDI CRANMER, et al.,<br><br>Defendants. | Case No.  22-cv-04198-JD<br><br>**ORDER GRANTING EXTENSION**<br><br>Re: Dkt. No. 14 |

Defendants' request for an extension of time (Dkt. No. 14) is granted.  Defendants may respond to the amended complaint by May 23, 2023.

**IT IS SO ORDERED.**

Dated: May 10, 2023

JAMES DONATO
United States District Judge

United States District Court
Northern District of California